Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 567 - 1-4 | **DATE** | 8/8/2012 |
| **CASE TITLE** | UNITED STATES vs. MASTRO, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Enter order. MOTION by USA for agreed protective order as to William Mastro, Doug Allen, Mark Theotikos, William Boehm [21] is granted. Rule 16 discovery materials to be produced by August 17, 2012. Any motions regarding preliminary issues of law to be filed by November 29, 2012. Jury trial (six weeks) set for October 22, 2013 at 9:00 am. Final pretrial conference and any motions in limine set for August 6, 2013 at 1:00 pm. Time is excluded from August 8, 2012 through October 22, 2013 in the interest of justice, due to the voluminous discovery, and the complexity of the case pursuant to 18 U.S.C. (h)(7)(B)(iv).

*/s/ Suzanne B. Conlon*   Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | TP |
|---|---|---|